UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**KEVIN LEWIS WHITMAN,**

*Petitioner,*

v.

**UNITED STATES DEPARTMENT OF JUSTICE,**

Hon. PAMELA BONDI, Attorney General,

*Respondent.*

Case: 1:25-cv-00478
Assigned To : Chutkan, Tanya S.
Assign. Date : 2/12/2025
Description: Pro Se Gen. Civ. (F-DECK)

**Case No.**

**VERIFIED PETITION FOR WRIT OF MANDAMUS**

# I. INTRODUCTION: CONSTITUTIONAL IMPERATIVE

### 1. Nature of the Absolute Duty

The United States Department of Justice ("DOJ") has abdicated its constitutional obligations by systematically failing to enforce binding international treaty provisions, fundamental civil rights statutes, and core constitutional protections. This petition demonstrates an unprecedented breach of the DOJ's ministerial duties, requiring immediate judicial intervention.

### 2. Legal Framework of Enforcement

The petition rests on a comprehensive legal foundation:

- **International Treaty Law**: Un-abrogated treaties recognizing Israelite community rights
- **Constitutional Protections**:

- Fifth Amendment Due Process Clause, U.S. Const. amend. V
- Fourteenth Amendment Equal Protection Clause, U.S. Const. amend. XIV
- First Amendment Religious Freedom Protections, U.S. Const. amend. I

- **Statutory Mandates**:
  - Case-Zablocki Act, 22 U.S.C. § 112b (2018)
  - Civil Rights Act of 1964, 42 U.S.C. §§ 2000d–2000h-6 (2018)
  - Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671–2680 (2018)

### 3. Unprecedented Constitutional Breach

The DOJ's inaction constitutes a categorical failure to discharge its ministerial duties, creating a justiciable controversy that demands immediate judicial intervention.

## II. LEGAL THEORY: TREATY RIGHTS AS CONSTITUTIONAL IMPERATIVES

### 4. Supremacy Clause Analysis

When international treaties are validly entered, recognized by sovereign diplomatic entities, and never formally abrogated, they become self-executing instruments of constitutional force, creating justiciable rights directly enforceable against government agencies. U.S. Const. art. VI, cl. 2.

### 5. Constitutional Mapping of Treaty Rights

- **Healthcare Access** → Fifth Amendment Substantive Due Process
- **Religious Community Recognition** → First Amendment Religious Freedom
- **Genetic Non-Discrimination** → Fourteenth Amendment Equal Protection

### 6. Non-Discretionary Duty Defined

A non-discretionary duty exists when:

- A specific legal mandate is clear and unambiguous
- No significant administrative judgment is required
- Failure to act constitutes a direct legal violation

## III. EVIDENCE OF SYSTEMIC VIOLATION

### 7. Documented Harm Taxonomy

- **Healthcare Discrimination**
- **Genetic Profiling**
- **Ecclesiastical Rights Violation**

### 8. Evidentiary Exhibits

- **Exhibit A**: Holy See diplomatic correspondence
- **Exhibit B**: Banner Health Tampered Intake Form
- **Exhibit C**: Dignity Health Patient Records Denial
- **Exhibit D**: Dignity Health Compensation Denial
- **Exhibit E**: DOJ Civil Rights Complaint Responses
- **Exhibit F**: Parabon Genetic Profiling Evidence

## IV. RELIEF: COMPREHENSIVE CONSTITUTIONAL RESTORATION

### 9. Mandamus Relief Requested

- **Compel Immediate Investigation**

- **Mandate Treaty Enforcement Protocols**
- **Award Comprehensive Damages**
- **Implement Ongoing Judicial Oversight**

**10. Broader Constitutional Implications**

This petition transcends individual remedy, addressing a fundamental breach of the constitutional contract between government, international entities, and protected communities.

## V. CONCLUSION: JUDICIAL IMPERATIVE

The DOJ's systematic failure represents more than administrative negligence—it is a fundamental erosion of constitutional integrity. This Court must intervene to restore the inviolable principles of treaty enforcement, equal protection, and fundamental human rights.

Respectfully Submitted,

*[signature: Kevin Whitman]*

KEVIN LEWIS WHITMAN

*Pro Se Petitioner*

Date: February 11, 2025

## VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signature: *[signature: Kevin Whitman]*

KEVIN LEWIS WHITMAN

4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**KEVIN LEWIS WHITMAN**,

*Petitioner,*

v.

**UNITED STATES DEPARTMENT OF JUSTICE**,

*Respondent.*

Case No.

# CERTIFICATE OF SERVICE

I certify that on this **11th day of February, 2025**, I caused a true and correct copy of the following documents:

- **Verified Petition for Writ of Mandamus**
- **Motion to Expedite Consideration of Petition for Writ of Mandamus**
- **Proposed Order Granting Writ of Mandamus**

to be served on the United States Department of Justice via **Certified Mail, Priority Express (Overnight by Air), Return Receipt Requested**, as required under **Federal Rule of Civil Procedure 4(i)**, upon the following recipients:

- Hon. Pamela Bondi, Attorney General U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001
  UPS Tracking Number: 1Z 600 F65 29 1415 3861

1

- Civil Process Clerk

  U.S. Department of Justice

  950 Pennsylvania Avenue, NW

  Washington, D.C. 20530-0001

  ~~USPS~~ UPS Tracking Number: 1Z 600 F65 29 1419 1630

- United States Attorney for the District of Columbia

  U.S. Attorney's Office

  601 D Street, NW

  Washington, D.C. 20530

  ~~USPS~~ UPS Tracking Number: 1Z 600 F65 294 752 2736

- Chief, Civil Rights Division

  U.S. Department of Justice

  950 Pennsylvania Avenue, NW

  Washington, D.C. 20530-0001

  ~~USPS~~ UPS Tracking Number: 1Z 600 F65 29 1418 7172

A return receipt confirming delivery will be filed with the Court upon receipt.

Executed on: February 11, 2025.

Respectfully Submitted,

*Kevin Whitman*

**KEVIN LEWIS WHITMAN**

5156 W. Olive Ave. Unit 120

Glendale, Arizona 85302

klwhitman@protonmail.com

623.385.6450

*Pro Se Petitioner*